IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

RITA B. GREEN            CASE NO. 09-11381

Debtor.

### DEBTOR'S FIRST AMENDMENT TO SCHEDULES

COMES NOW, **Rita B. Green** and files this First Amendment to Schedules as follows:

1. Schedule C is amended to add an exemption of the 2003 National Motor Home for $1.00.

Respectfully submitted,

WILKINS, BANKESTER, BILES & WYNNE, P.A.

BY: /s/ MARION E. WYNNE
MARION E. WYNNE (WYNNM9478)
Attorney for Debtor
Post Office Box 1367
Fairhope, AL 36533
(251) 928-1915

### PENALTY OF PERJURY STATEMENT

I, **RITA B. GREEN,** the Debtor in the foregoing First Amendment to Schedules, declare under penalty that the foregoing is true and correct.

Executed on the 24 day of April, 2009.

_Rita B. Green_
RITA B. GREEN

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the above and foregoing Amendment to Schedules, via electronically, this 24 day of April, 2009, upon the following:

Denise Littleton, Trustee

/s/ Marion E. Wynne
MARION E. WYNNE

IN RE Green, Rita B.            Case No. **09-11381**
            Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on hand | Ala. Code §§ 6-10-6, 6-10-126 | 7.00 | 7.00 |
| CD- This is CD for Debtor's nephew. It was purchased for the nephew with money left to him from his grandmother. | Ala. Code §§ 6-10-6, 6-10-126 | 1.00 | 1.00 |
| RBC Bank joint checking account, account number 513 3092423. | Ala. Code §§ 6-10-6, 6-10-126 | 21.48 | 21.48 |
| RBC Bank, account number 513 3087544 (Co-signer on account) | Ala. Code §§ 6-10-6, 6-10-126 | 1.00 | 1.00 |
| RBC Bank, account number 513 3089136 (Co-signer on account) | Ala. Code §§ 6-10-6, 6-10-126 | 1.00 | 1.00 |
| RBC Bank, account number 513 3091818 (Co-signer on account) | Ala. Code §§ 6-10-6, 6-10-126 | 1.00 | 1.00 |
| Bed, dresser, armoire, night stand, living room sofa, kitchen table with 7 chairs, sofa, chair with ottoman, 3 chairs, 3 mirrors, 8 pictures, 2 rugs. | Ala. Code §§ 6-10-6, 6-10-126 | 1,500.00 | 1,500.00 |
| 1992 Mitsubishi truck | Ala. Code §§ 6-10-6, 6-10-126 | 262.50 | 262.50 |
| 2002 Toyota Tacoma | Ala. Code §§ 6-10-6, 6-10-126 | 1,200.00 | 1,200.00 |
| 2003 National Motor Home | Ala. Code §§ 6-10-6, 6-10-126 | 1.00 | 25,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only