# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

RITA B. GREEN                                        CASE NO. 09-11381

**Debtor.**

## ORDER APPROVING REAFFIRMATION AGREEMENT

The Debtor, Rita B. Green, filed a Motion for approval on the reaffirmation agreement dated April 24, 2009 made between the Debtor and Bank of America on the Debtor reaffirming the debt on the 2003 Seabreeze motor home. A hearing was not required by 11 U. S. C. § 524(d), it is hereby;

**ORDERED:** The Court grants the Debtor's motion and approves the reaffirmation agreement described above.

Dated:   May 13, 2009

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE